UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL DUCHARME | ) | |
| | ) | |
| V. | ) | C.A. No. 14-197L |
| | ) | |
| THOMAS PIERCE | ) | |

## O R D E R

There being no objection to the Report and Recommendation of Magistrate Judge Lincoln D. Almond, dated December 11, 2014, the Report and Recommendation hereby is accepted and adopted pursuant to 28 U.S.C. § 636(b)(1)(B).

Therefore, Plaintiff's Motion for Summary is denied.

ENTER:

/s/Ronald R. Laqueux
Ronald R. Lagueux
Senior U.S. District Judge
1/29/15